| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | DEBORAH LEE STACHEL, CA 230138<br>Regional Chief Counsel, Region IX |
| 3 | Social Security Administration<br>ELLINOR R. CODER, CA 258258 |
| 4 | Special Assistant United States Attorney<br>160 Spear Street, Suite 800 |
| 5 | San Francisco, California 94105<br>Telephone: (415) 977-8955 |
| 6 | Facsimile: (415) 744-0134<br>E-Mail: Ellinor.Coder@ssa.gov |
| 7 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| MELINDA J. BALL, | ) | CIVIL NO. 1:19-cv-00642-SKO |
| Plaintiff, | ) | **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |
| v. | ) | |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Andrew Saul, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Office of Hearing Operations will remand the case to an Administrative Law Judge (ALJ) for a new decision. The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

STIPULATION TO REMAND

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Respectfully submitted this 5th day of December 2019.

*/s/ Jared Walker\**
JARED T. WALKER
Attorney for Plaintiff
**Authorized by email on Dec. 4, 2019*

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ *Ellinor R. Coder*
ELLINOR R. CODER
Special Assistant United States Attorney

Attorneys for Defendant

**ORDER**

Based upon the parties' above stipulation, (Doc. 13), for good cause shown,

IT IS HEREBY ORDERED that the above-captioned action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation.

The Clerk is hereby DIRECTED to: (1) enter judgment in favor of Plaintiff Melinda J. Ball and against Defendant Andrew Saul, Commissioner of Social Security; and (2) administratively close the file.

STIPULATION TO REMAND

IT IS SO ORDERED.

Dated: **December 6, 2019**         /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION TO REMAND