Jared T. Walker (SB#269029)
P.O. Box 1777
Orangevale, CA 95662
T: (916) 476-5044
F: (916) 476-5064
jared@jwalker.law

Attorney for Plaintiff,
MELINDA JANE BALL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA JANE BALL,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:19-cv-00642-SKO<br><br>STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that plaintiff Melinda Jane Ball ("Plaintiff") be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of One Thousand Seven Hundred Thirty-Four Dollars ($1,734.00). This amount represents compensation for all legal services incurred on behalf of Plaintiff by counsel in connection with this civil action.

Upon the Court's issuance of an order granting EAJA fees to Plaintiff, the government will determine the issue of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to Astrue v. Ratliff, 560 U.S. 586, 597-598 (2010), the ability to honor the assignment will depend on if the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government will cause the payment of fees to be

made directly to Plaintiff's attorney, LAW OFFICE OF JARED T. WALKER, P.C., pursuant to the assignment executed by Plaintiff. Any payments made to Plaintiff will be delivered to her attorney, JARED WALKER.

This stipulation constitutes a settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of defendant under the EAJA or otherwise. Payment of the agreed amount will constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's attorney, including LAW OFFICE OF JARED T. WALKER, P.C., may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Dated: December 17, 2019                Respectfully submitted,


                                        /s/ *Jared Walker*
                                        JARED WALKER,
                                        Attorney for Plaintiff

SO STIPULATED:
                                        McGREGOR W. SCOTT
                                        United States Attorney
                                        DEBORAH LEE STACHEL
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration


Dated: December 17, 2019       By:      /s/ *Ellinor R. Coder*
                                        ELLINOR R. CODER
                                        (*signature authorized by e-mail on 12/17/19*)
                                        Special Assistant United States Attorney
                                        Attorney for Defendant

**ORDER**

Based upon the parties' above stipulation, (Doc. 16), for good cause shown, attorney's fees in the amount of One Thousand Seven Hundred Thirty-Four Dollars ($1,734.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), shall be awarded to Plaintiff according to the terms of the stipulation.

IT IS SO ORDERED.

Dated: __**December 19, 2019**__  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER FOR
AWARD UNDER EQUAL ACCESS TO JUSTICE ACT